IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
19 MAR 20 PM 1:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Isaiah S Triplett
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Memphis Police Department
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
   Plaintiffs: _____

   Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): Shelby County
   3. Docket Number: _____
   4. Name of judge to whom case was assigned: _____
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   6. Approximate date of filing lawsuit: _____
   7. Approximate date of disposition: _____

-1-

Revised 4/18/08

II. Place of Present Confinement: Shelby County Criminal Justice Center
   A. Is there a prisoner grievance procedure in the institution?
   Yes ( )   No (✓)
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)
   C. If your answer is Yes:
      1. What steps did you take? _____
      2. What was the result? _____
   D. If your answer is No, explain why not: This incident occured with the Memphis Police Department.

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Isaiah Triplett
      Address 201 Poplar Ave Memphis TN, 38103

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Memphis Police Officer is employed as
   at Memphis Police Department

   C. Additional Defendants: _____

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   On November 18, 2018 I was pulled over by the Memphis Police and they used excessive force to pull me out the car before it was in park causing it to roll off, which later wrecked a quarter mile because I was unable to gain proper control causing multiple injuries to my body which is broken femur, knee, wrist, fracture ribs and collapse lungs.

-2-

Revised 4/18/08

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

    I want to be compensated for punitive damages, pain and suffering, medical bills, mental anguish, and loss of property. Loss of wages, depression, and out patient assistance with post traumatic stress.

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

        Signed this_____day of _____, 20_____.

*Isaiah Triplett*

(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08